BENJAMIN B. WAGNER
United States Attorney
Elana S. Landau
Assistant U.S. Attorney
2500 Tulare St, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4083

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:12-CR-284 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| APOLINAR VERDUZCO-MEDINA, | ) | |
| | ) | |
| Defendant. | ) | |

The parties request that this matter be advanced as to this defendant only to December 10, 2012 at 10:00am before the Honorable Judge Anthony W. Ishii for change of plea. The status conference currently set for December 17, 2012 at 1:00p.m will remain as to the co-defendant.

                                            Respectfully Submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATE: December 7, 2012        By:  /s/ Elana S. Landau
                                              Elana S. Landau
                                              Assistant U.S. Attorney

DATE: December 7, 2012           /s/ Anthony P. Capozzi
                                              ANTHONY P. CAPOZZI
                                              Attorney for Defendant

1

IT IS SO ORDERED.

Dated:      December 7, 2012

_____
UNITED STATES DISTRICT JUDGE