ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-mail: anthony@capozzilawoffices.com

Attorney for Defendant,
APOLINAR VERDUZCO-MEDINA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br><br><br>APOLINAR VERDUZCO-MEDINA,<br><br>      Defendant. | Case No.: 1:12-CR-00284-AWI<br><br>STIPULATION AND ORDER TO<br>ADVANCE SENTENCING<br><br>Date: April 8, 2013<br>Time: 10:00 a.m.<br>Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above captioned matter now set for Monday, April 8, 2013, be advanced to **Monday, April 1, 2013, at 10:00 a.m.** This request is made by both counsel with the intention of conserving time and resources for both parties and the court.

///
///
///
///
///
///

IT IS SO STIPULATED.

Dated: March 28, 2013

                */s/ Elana S. Landau*
                Assistant United States Attorney

Dated: March 28, 2013

                */s/ Anthony P. Capozzi*
                Anthony P. Capozzi
                Attorney for
                APOLINAR VERDUZCO-MEDINA

**ORDER**

**IT IS SO ORDERED.** Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date of the sentencing hearing of the defendant in the above-entitled case be advanced from Monday, April 8, 2013, at 10:00 a.m. to **Monday, April 1, 2013, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:  March 28, 2013                               _____
                                                  SENIOR DISTRICT JUDGE