JOSEPH SCHLESINGER, CA Bar #87692
Acting Federal Defender
JEREMY S. KROGER, CA Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUAN MEDINA-GALVAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 1:12-cr-00284 AWI-BAM-1 |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING AND ORDER |
| v. | |
| JUAN MEDINA-GALVAN, | Date: June 24, 2013 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Honorable Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that a new sentencing schedule be set as follows:

| Event: | Present Date: | Requested New Date: |
|---|---|---|
| Report Due to Counsel | May 6, 2013 | May 20, 2013 |
| Informal Objections Due | May 20, 2013 | June 3, 2013 |
| Formal Objections Due | June 3, 2013 | June 17, 2013 |
| Sentencing Hearing | June 10, 2013 - 10:00 a.m. | June 24, 2013 - 10:00 a.m. |

The defense requests this short continuance because counsel will be traveling outside of the country during the first two weeks of May. The Government and Probation do not oppose the new schedule.

///

///

///

|     |     |     |
| --- | --- | --- |
|  |  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: April 11, 2013 |  | /s/ *Elana S. Landau*<br>ELANA S. LANDAU<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  |  | JOSEPH SCHLESINGER<br>Acting Federal Defender |
| DATED: April 11, 2013 |  | /s/ *Jeremy Kroger*<br>JEREMY KROGER<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JUAN MEDINA-GALVAN |

**O R D E R**

IT IS SO ORDERED.

Dated: April 11, 2013

_____
SENIOR DISTRICT JUDGE